# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1090
Lower Tribunal No. CF22-003306-XX

_____

LATRELL LESHAUN EDWARDS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Melissa Gravitt, Judge.

May 28, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, BROWNLEE and GANNAM, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Lisa B. Lott, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Elba Caridad Martin, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED